```
                                                FILED
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2007 MAR 28  PM 4: 53

                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEVEALLION DEAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3770** |
| **SHERIFF HARRY LEE** | **SECTION "F"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Deveallion Dean's Title 42 U.S.C. §1983 claims against Sheriff Harry Lee and the Jefferson Parish Sheriff's Department are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this 28th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```